UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
ROBERT ALLEN VAN ORDEN, III,

             Plaintiff,

    -against-                                    Docket No.: 20-cv-7207-PMH

CITY OF PORT JERVIS - PD,

             Defendant.
------------------------------------------------------------X

**NOTICE OF MOTION TO DISMISS
BY DEFENDANT CITY OF PORT JERVIS - PD**

| | |
|---|---|
| MOTION BY: | CITY OF PORT JERVIS - PD |
| DATE, TIME AND PLACE OF HEARING: | **January 22 , 2021**, at 9:00 a.m., at the United States District Court, Southern District of New York, 500 Pearl Street, Courtroom 12D, New York, New York 10007. |
| SUPPORTING PAPERS: | Declaration of Louis U. Gasparini, Esq., with supporting exhibits and Memorandum of Law. |
| RELIEF DEMANDED: | An Order, pursuant to Rule 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure, dismissing Plaintiff's Complaint against the defendant, CITY OF PORT JERVIS - PD, with prejudice upon the ground that the Complaint fails to state a claim upon which relief can be granted and fails to name a proper party, as well as granting such other and further relief as to this Court may seem just and proper. |
| ANSWERING PAPERS: | All opposition papers must be served no later than **January 12, 2021**. |

Dated:  White Plains, New York
        December 10, 2020

Respectfully submitted,

**SCHWAB & GASPARINI, PLLC**

Attorneys for Defendant
CITY OF PORT JERVIS - PD

BY: _____

**LOUIS U. GASPARINI (LG2655)**
222 Bloomingdale Road, Suite 200
White Plains, New York 10605
(914) 304-4353
File No. 129.024

TO:

ROBERT ALLEN VAN ORDEN III
*Plaintiff Pro Se*
ID No. 202000248
Orange County Jail
110 Wells Farm Road
Goshen, NY 10924

> Defendant's motion to dismiss is denied without prejudice. If Defendant intends to move to dismiss Plaintiff's Complaint, Defendant must comply with this Court's Individual Practices which requires the filing of a pre-motion conference letter. (Rule 2(C)). Defendant's time to answer or file its pre-motion conference letter is extended *sua sponte* until December 23, 2020. Defendant is directed to mail a copy of this Order to Plaintiff at the address on the docket and provide proof of service on the docket by December 14, 2020.
>
> The Clerk is instructed to terminate ECF No. 11.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern, U.S.D.J.
>
> Dated: New York, NY
>       December 11, 2020