UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBERT ALLEN VAN ORDEN III,

                Plaintiff,

v.

CITY OF PORT JERVIS – PD,

                Defendant.

20-CV-7207 (PMH)

ORDER

PHILIP M. HALPERN, United States District Judge:

    On December 22, 2020, Defendant filed a pre-motion conference letter seeking permission to move to dismiss Plaintiff's Complaint. (Doc. 15). To date, Plaintiff has not filed a letter in opposition to Defendant's request.

    Given Plaintiff's *pro se* status, the Court waives the pre-motion conference requirement and grants Defendant permission to move to dismiss Plaintiff's Complaint. Defendant shall file its motion to dismiss by February 5, 2021. Plaintiff shall file his opposition by March 5, 2021, and Defendant shall file its reply by March 19, 2021.

    Defendant is directed to mail a copy of this Order to Plaintiff and provide proof of service on the docket.

                            SO ORDERED.

Dated:  January 5, 2021
           New York, New York

                                      _____
                                      PHILIP M. HALPERN
                                      United States District Judge