UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ROBERT ALLEN VAN ORDEN III,

                                                **ORDER**

               Plaintiff,

v.                                               20-CV-7207 (PMH)

CITY OF PORT JERVIS, et al.,

               Defendants.
-----------------------------------------------------------X

      Plaintiff, who is proceeding *pro se* and *in forma pauperis*, commenced this action on September 3, 2020. (Doc. 1). Defendants' request for permission to move to dismiss Plaintiff's Complaint was granted on January 5, 2021 and the Court entered a briefing schedule. (Doc. 16). On January 28, 2021, Defendants filed their motion to dismiss. (Doc. 18). Plaintiff's opposition was due by March 5, 2021. (*See* Doc. 16). To date, Plaintiff has not filed an opposition to the motion or sought an extension of time to file an opposition brief.

      Given Plaintiff's *pro se* status, the Court *sua sponte* extends plaintiff's time to oppose the motion to dismiss until April 19, 2021. Defendants' reply, if any, is due May 3, 2021.

      **If plaintiff fails to file his opposition by April 19, 2021, the motion will be deemed fully submitted and unopposed.  No further extensions of time will be granted.**

      The Clerk is instructed to mail a copy of this Order to plaintiff at the address on the docket.

Dated:  White Plains, New York
          March 19, 2021

                                                    SO ORDERED:

                                                    _____
                                                    Philip M. Halpern
                                                    United States District Judge