UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ROBERT ALLEN VAN ORDEN, III,

                              Plaintiff,

v.　　　　　　　　　　　　　　　　　　　ORDER

CITY OF PORT JERVIS, et al.,　　　　　　　20-cv-07207 (PMH)

                              Defendants.
-----------------------------------------------------------X

PHILIP M. HALPERN, United States District Judge:

    Plaintiff, proceeding *pro se*, and counsel for Defendants appeared today at 2:00 p.m. by telephone for an initial pretrial conference. Defendants agreed on the record to file a stipulation with the Court withdrawing the personal jurisdiction defense raised in their Answer. A Civil Case Discovery Plan and Scheduling Order will be separately docketed. Counsel for Defendants shall mail a copy of the docketed Civil Case Discovery Plan and Scheduling Order to Plaintiff.

    The Clerk of the Court is respectfully directed to mail a copy of this Order to Plaintiff.

                                                  SO-ORDERED:

Dated: White Plains, New York
         July 29, 2022

                                                  _____
                                                  Philip M. Halpern
                                                  United States District Judge